UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MARTINEZ, | No. 2:13-cv-2097 DAD P |
| Petitioner, | |
| v. | ORDER AND |
| UNKNOWN, | FINDINGS AND RECOMMENDATION |
| Respondent. | |

On October 30, 3013, the court granted petitioner thirty days in which to file a proper petition for writ of habeas corpus and to submit an application to proceed in forma pauperis or the required filing fee of $5.00. The order included the admonition that failure to comply with the order could result in a recommendation of dismissal. (See Doc. No. 3.)

The thirty-day period allowed by the court's order of October 30, 2013, has passed. The petitioner has not filed anything with the court nor has he otherwise complied with the October 30, 2013 order. Therefore the court will recommend that this case be dismissed due to plaintiff's failure to prosecute this action. See Local Rule 110; Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign this case to a district court judge.

IT IS RECOMMENDED that this case be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 27, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
mart2097.ftp